UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUSTIN ALEXANDER CALVIN,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants | Case No. 3:25-cv-00301-ART-CLB<br><br>ORDER |

Plaintiff Justin Calvin brings this civil-rights lawsuit under 42 U.S.C. § 1983 to redress constitutional violations that he allegedly suffered while housed at the Washoe County Detention Facility ("WCDF"). (ECF No. 1-1). Plaintiff has filed a change-of-address notice listing a Post Office Box as his address, (ECF No. 5), and according to WCDF's inmate database, Plaintiff is no longer in custody at that facility. Because Plaintiff is no longer incarcerated, his application to proceed *in forma pauperis* for inmate is moot.

It is therefore ordered that Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 4) is denied as moot.

It is further ordered that Plaintiff has **until November 19, 2025**, to either file a fully complete application to proceed *in forma pauperis* for non-prisoners, or (2) pay the full filing fee of $405.

The Clerk of the Court is directed to send Plaintiff Calvin the approved form application to proceed *in forma pauperis* by a non-prisoner with instructions.

It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: October 20, 2025

_____
UNITED STATES MAGISTRATE JUDGE